# EXHIBIT B



MELODY B. LYNCH

melody.lynch@lowndes-law.com
215 North Eola Drive, Orlando, Florida 32801-2028
T: 407-418-6447 | F: 407-843-4444
Main Number: 407-843-4600



May 15, 2024

**VIA FEDEX AND EMAIL**

Jacquelyn Turnage
5988 Sawgrass Point Drive
Port Orange, Florida 32128
jturnage@masseyservices.com
jacquelyn.driver@gmail.com

Re: **Cease and Desist from Breaches of Massey Non-Competition, Non-Solicitation, and Confidentiality Agreement (Florida)**

Dear Ms. Turnage,

Our law firm represents Massey Services, Inc. ("Massey") in its contractual-related matters. As you are aware, you executed the Non-Competition, Non-Solicitation and Confidentiality Agreement (Florida) (the "Agreement") with Massey on or about May 24, 2023, which, as explained in more detail below, prohibits you from disclosing or using Massey's confidential and proprietary information, including Massey's customer information, and from competing with Massey. The Agreement is attached to this letter as **Exhibit A**. Prior to your termination, which is effective today, Massey has learned that you have unlawfully misappropriated extensive confidential and proprietary information from Massey and that you are utilizing same in a competing business with Massey.

As you are aware, the Agreement contains the following provisions governing your conduct both while you were employed by Massey and post-termination:

Section 1: While employed by Massey, Employee **shall devote Employee's full time and best efforts *to Massey*** and **shall not engage in any other business or commercial activities, duties, or pursuits without specific written authorization from the President of Massey**. Consistent with other employees at Massey, Employee will be employed by Massey at-will. Accordingly, Massey reserves its full rights as an employer, including the right to discharge the Employee with or without cause and Employee can resign at any time. Termination (or resignation) of employment for any reason **will not abrogate or annul any provision of this Agreement or the Employee's obligations under this Agreement**.

---



**Section 2A:** The Employee further understands and acknowledges that this Confidential Information and Massey's ability to reserve it for the exclusive knowledge and use of Massey is of great competitive importance and commercial value to Massey, and that any improper use or disclosure of the Confidential Information by the Employee will cause irreparable harm to Massey, for which remedies at law will not be adequate (and may also cause Massey to incur financial costs, loss of business advantage, liability under confidentiality agreements with third parties, civil damages, and criminal penalties).

For purposes of this Agreement, "Confidential Information" includes, but is not limited to, all information not generally known to the public, in spoken, printed, electronic, or any other form or medium, relating directly or indirectly to: **business processes, practices**, methods, policies, plans, publications, **documents**, research, **operations, services**, strategies, training programs, techniques, **agreements, contracts, terms of agreements**, transactions, potential transactions, negotiations, pending negotiations, know-how, trade secrets, computer programs, computer software, applications, operating systems, formulations, applications, software design, web design, work-in-process, databases, device configurations, embedded data, compilations, metadata, technologies, manuals, records, articles, systems, material, sources of material, **supplier information, vendor information, financial information**, results, accounting information, accounting records, legal information, marketing information, advertising information, **pricing information**, proprietary information, credit information, design information, methods of doing business, payroll information, staffing information, personnel information, employee lists, **supplier lists, vendor lists**, developments, reports, internal controls, graphics, drawings, sketches, market studies, **sales information**, revenue, costs, communications, product plans, designs, styles, models, ideas, audiovisual programs, inventions, unpublished patent applications, original works of authorship, discoveries, experimental processes, experimental results, specifications, **customer information, customer lists, customer or client information, client lists of Massey or its businesses or any existing or prospective customer, supplier, client**, investor, or other associated third party, or of any other person or entity that has entrusted information to Massey in confidence.

**Section 2.B(i).** Employee agrees and covenants:

(a) to treat all Confidential Information as **strictly confidential**;

(b) **not to directly or indirectly disclose, publish, communicate, or make available Confidential Information**, or allow it to be disclosed, published, communicated, or made available, in whole or part, **to any entity or person whatsoever**, including other employees of Massey not having a need to know and authority to know and to use

>   the Confidential Information in connection with the business of Massey and, in any event, **not to anyone outside of the direct employ of Massey**... and
>
>   (c) not to **access or use any** Confidential Information, and **not to copy** any documents, records, files, media, ,or other resources containing any Confidential Information, or **remove any such** documents, records, files, media, or other resources **from the premises or control of Massey....** The Employee understands and acknowledges that the Employee's obligations under this Agreement regarding any particular Confidential Information begin immediately and **shall continue during and after the Employee's employment by Massey until the Confidential Information has become public knowledge** other than as a result of the Employee's breach of this Agreement or a breach by those acting in concert with the Employee or on the Employee's behalf.

**Section 2C:** Employee agrees to hold all Confidential Information furnished hereunder in **complete and strict confidence**, to use such Confidential Information **only for purposes of performing Employee's job duties** exclusively for Massey, and to not, at any time, directly or indirectly, use such Confidential Information for any other purpose without the prior written consent of Massey.

**Section 3(A)(ii):** The Employee agrees and covenants, that **during Employee's employment and for a period of two (2) years after** the cessation of Employee's employment, whether initiated for any reason or no reason, by the Employee or Massey, **not to, directly or indirectly, solicit, contact, or attempt to solicit or contact,** using any form of oral, written, or electronic communication, including, but not limited to, email, regular mail, express mail, telephone, fax, text message, or instant message, or social media, including but not limited to Facebook, LinkedIn, Instagram or Twitter, or any other social media platform, whether or not in existence at the time of entering into this Agreement, **or meet with, Massey's current, former, or prospective customers or clients for purposes of offering or accepting goods or services similar to or competitive with those offered by Massey. Similarly, Employee agrees not to perform, directly or indirectly, any service or services similar to or competitive with those offered by Massey to any current or former customer of Massey for two (2) years after the cessation of Employee's employment with Massey.**

**Section 3A(ii):** [D]uring the term of Employee's employment **and for the period of _two (2) years_ from the last day of the Employee's employment with Massey (the 'Restricted Period'),** whether initiated for any reason or no reason, by the Employee or Massey, the **Employee agrees and covenants not to engage in Prohibited Activity within any zip code in which Employee**

worked or provided any services to Massey's customers in the _twelve (12) months_ prior to the last day of the Employee's employment with Massey ('Restricted Territory')....

        For purposes of this non-compete clause, "Prohibited Activity" is any activity in which the Employee contributes the Employee's knowledge, work effort, intellectual effort or creative effort, directly or indirectly, in whole or in part, as an Employee, employer, owner, operator, manager, advisor, consultant, contractor, agent, partner, director, stockholder, officer, investor, joint venture partner, volunteer, intern, or in any other capacity whatsoever to an individual or entity engaged in the same or similar business as Massey, including those engaged in the business of providing, selling, marketing, distributing products or services of a similar nature, kind, or variety as offered by Massey during Employee's employment with Massey.

    Notwithstanding your obligations under the Agreement, Massey recently learned that shortly before you were placed on a leave of absence, you forwarded extensive Confidential Information from your Massey work email address to your personal email address, jacquelyn.driver@gmail.com. This includes, but is not limited to, the ▆▆▆▆▆▆ contract pricing sheet, Massey's Start Sheet, numerous pieces of confidential information related ▆▆▆▆▆▆ (rate card, store locations and pricing, etc.), Massey's Vendor Requirements sheet, and Massey's template Vendor Agreement, among others. True and correct copies of correspondences evidencing your forwarding of same from your Massey work email to your personal email are attached hereto as **Composite Exhibit B**. Each of these materials constitute Confidential Information within the meaning of the Agreement, and your disclosure of same to your personal email address was without authorization from Massey and in breach of numerous confidentially provisions of the Agreement. Massey's investigation into the extent of your unlawful misappropriation of its Confidential Information is ongoing.

    Furthermore, Massey also has information indicating that you are engaging in, and have been engaging in whilst employed by Massey, a competing business, and that you are, and have been, utilizing Massey's Confidential Information in the operation of same for your own pecuniary gain without Massey's knowledge or consent. For instance, attached hereto as **Exhibit C** is a payment that was made by you to the Florida Division of Corporations on April 30, 2024 for the creation of a competing entity. Moreover, attached hereto as **Composite Exhibit D** are emails indicating that you are, or have attempted to, sub-contract work outside of Massey to ▆▆▆▆▆▆ and to ▆▆▆▆▆▆ both of which are large Massey clients, in various territories where Massey either does not offer service, Massey's records do not indicate that it was engaged to provide these services, or both. Massey also has no record of any requests by you to add additional sub-contractors in these areas on Massey's behalf. Accordingly, it appears that you are unilaterally using, or attempting to use, Massey's Confidential Information to provide competing services to Massey's clients in violation of the confidentiality and non-competition

terms of your Agreement. Massey's investigation into the extent of your unlawful conduct is ongoing. Moreover, in the recent weeks, you have been sending multiple, harassing emails to numerous Massey employees, including multiple times per day.

As a result of the foregoing, Massey has numerous legal claims against you, including but not limited to, breach of contract, tortious interference with Massey's business and contractual relationships with its customers, unlawful competition, false and deceptive trade practices, and misappropriation of Massey's trade secrets that Massey can pursue against you through legal action. Please be aware that the remedies available to Massey should you be found to have engaged in these unlawful actions include, among other potentially available remedies, all money damages, payable by you, that Massey suffered as a result of your breach of contract and tortious conduct (e.g., lost profits, expenses resulting from the breach, etc.), punitive damages, as well as specific performance by which you would be court ordered to abide by your obligations under the Agreement. Massey will also seek an injunction to stop your unlawful conduct, as well as reimbursement of its attorneys' fees and costs directly from you should legal action be required to enforce Massey's rights.

To avoid the initiation of legal action, Massey demands that you: (1) cease-and-desist from any and all current and future violations of the Agreement and from tortiously interfering with Massey's contracts and its relationships with its customers; (2) cease the operation of your competing business and cease contacting Massey's customers; (3) provide **written confirmation** that you have destroyed all Confidential Information belonging to Massey in your possession, custody, or control, and to the extent you cannot destroy it, that same will be returned to Massey; and (4) provide Massey with a **written list** of all contacts and contracts you have made to Massey's current or prospective clients while you were employed by Massey that were outside the duties of your employment or otherwise not on Massey's behalf, such as those to ▮▮▮▮▮▮▮▮ and to ▮▮▮▮ detailed above. **Please reply with your acknowledgment of this correspondence, agreement to comply with all demands made herein, and enclosing the information requested herein by _May 20, 2024_.**

In addition, this correspondence hereby serves as a litigation hold notice in connection with the above-referenced matters. Accordingly, you must save and not alter, delete, or destroy, any documents, electronically stored information ("ESI"), and any other information in your possession, custody, or control that may relate to Massey's claims set forth in this letter. **For example, you may not delete or alter any text messages, emails, calendar invitations, internal communication messages (e.g. Jabber, Teams, OneNote etc.), social media messages, and the like between (i) you and Massey or any of its agents or employees, (ii) you and Massey's clients, or (iii) you and anyone else about the matters at issue in this letter, whether on a Massey-issued device, a device owned by you, or another device in your possession, custody, or control. ERR ON THE SIDE OF PRESERVATION.** If you are unsure whether

a document or ESI might contain relevant information, retain it.  **Please be aware that there are severe penalties under the law for destroying evidence in anticipation of litigation.**

Massey would like to resolve this matter amicably, but it is prepared to take all steps necessary to preserve and protect its rights with no further notice to you in the absence of a timely and favorable response to this correspondence.  If you have any questions regarding this correspondence, please feel free to consult the attorney of your choosing or to call me at: 407-418-6447.  This letter is not a complete statement of Massey's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Massey in connection with this matter, all of which are expressly reserved.

GOVERN YOURSELF ACCORDINGLY

Very truly yours,

Melody B. Lynch

MBL/WGG
Enclosures
cc:   Massey Services, Inc.
      Griffin Giroux, Esq.