# EXHIBIT C



# VEHICLE RESPONSIBILITY AGREEMENT

PRINT TEAM MEMBER NAME  Jacquelyn Turnage                     Service Center # 016

At Massey Services, we take a great deal of pride in the image we project to the public. In addition to our team members, the image of our vehicles and the manner in which they are operated send one of the strongest signals to the public about our professionalism, quality and concern for public safety.

Therefore, it is the primary responsibility of each team member to assure that their assigned Company vehicle is properly maintained to ensure a professional image, as well as protecting the public's safety and the interest of our Company.

**EMPLOYMENT QUALIFICATIONS AND REQUIREMENTS**
I agree that I have met the following criteria having to do with my driving record, which are qualifying conditions to driving a Massey Company Vehicle:
1. A valid driver's license for the state in which I will be employed.
2. An acceptable driving record.

An <u>unacceptable driving record</u> includes any of the following MVR infractions in the last three (3) years.

   A. Three (3) or more at fault accidents
   B. More than three (3) major moving violations
   C. More than four (4) minor moving violations
   D. Driving under the influence of alcohol and/or drugs
   E. Refusal to submit to an alcohol and/or drug test
   F. Hit and Run Accident
   G. Reckless driving
   H. License revocation
   I. Operating a motor vehicle during a period of license suspension and/or revocation
   J. Negligent homicide arising out of the use of a motor vehicle
   K. Using a motor vehicle in the commission of a felony
   L. Making a false accident report
   M. Attempting to elude a police officer

**CONDITIONAL EMPLOYMENT**
As a team member of Massey Services, I understand and agree that my employment is conditional upon my complying with the following policies & procedures relating to my responsibility in driving a Company vehicle.

   I. **The following acts may be <u>grounds for disciplinary action up to and including termination of employment</u>. Where noted, a Safety Committee will review the severity of the situation to determine the appropriate action to be taken.**

      A. An unacceptable driving record (as detailed above).
      B. Failure to immediately report a driver's license suspension/revocation to Management.
      C. Failure to immediately report to my Supervisor any driving citation received on or off Company time while driving any Company vehicle.
      D. Alcohol and illegal drugs are not permitted in a Company vehicle at any time. Furthermore, team members are absolutely forbidden to drive a Company vehicle with alcohol or illegal drugs in their system and/or on their person.
      E. When a team member is being charged the second time for any maintenance negligence.
      F. Failure to immediately notify my Supervisor of any vehicle accident, no matter how minor that occurs while team member is driving a Company vehicle will result in immediate termination.
      G. Red light violations
      F. Toll violations
   In cases where a team member is determined to be unqualified to continue to drive a Company Vehicle, we will consider placing this team member, if qualified, in another available opening in a non-driving capacity.

## II. TEAM MEMBER REIMBURSEMENT RESPONSIBILITY

A. At Fault Accidents:

Responsible to pay up to $250 toward collision repairs to any Company vehicle or other vehicle or property damaged because of my at-fault accident. An at-fault accident is determined when:

1. Massey Services is deemed liable for the accident and/or I receive a traffic citation from the appropriate police authority.
2. It is determined that the accident was caused by team member negligence that otherwise could have been avoided.

Massey Services will withhold these monies from my paycheck and/or bonus. In addition to collision repairs, an at-fault accident will require a defensive driving class to be attended and paid by the person involved.

B. Maintenance Negligence:

Responsible to pay up to the first $250 of mechanical repairs to any Company vehicle that is damaged because of my negligence or failure to obtain prescribed maintenance. Negligence is determined by failure to demonstrate maintenance has been provided, or there is clear abuse in using the vehicle. Negligence is established when vehicle inspections reveal low fluids, low air pressure in tires, etc. Massey Services will withhold these monies from my paycheck and/or bonus.

## III. IMAGE

A. Smoking is **NOT** allowed in our Company vehicles, including but not limited to cigarettes, pipes, chewing tobacco, snuff and electronic cigarettes
B. Team member is responsible for the daily upkeep and image of their Company vehicle including, but not limited to, washing, vacuuming, checking of fluids, tire pressure, etc. This cleaning will be done on Company property or specified locations….**never at a team member's home.**

## IV. SAFETY

A. To operate Company vehicles in a careful and safe manner at all times and to observe all traffic laws and ordinances.
B. To wear my seat belt whenever driving a Company vehicle and to ensure authorized passengers are wearing a seat belt.

## V. DRIVING A COMPANY VEHICLE TO/FROM WORK

On occasion and for various reasons a team member will be permitted to drive a Company vehicle to and from work. The team member may be permitted to park the Company vehicle at his/her residence overnight. The following applies to all such team members:

A. Under NO circumstances can a Company vehicle be used for any function or purpose other than Company business. NO PERSONAL USE of the Company vehicle will be permitted without specific and documented approval from the General or Regional/Division Manager.
B. NO PERSON other than an authorized Company team member is permitted to drive or travel in the Company vehicle without specific and documented approval from the General or Regional/Division Manager.
C. The team member will be responsible for the safety and security of the Company vehicle, equipment and materials during non-working hours. The Company vehicle must be stored, parked and locked in an area that will prevent the possibility of theft and/or damage to the vehicle and /or injury to others.
D. Under current IRS regulations, commuting from home to business in a Company vehicle is considered a taxable fringe benefit. Under these circumstances, we are required to include a specified amount per day as

taxable income to the team member. In addition, we are required by law to deduct Social Security (FICA) tax, and you will be required to pay income tax on the fringe benefit amount which will be included on your W-2 form at the end of the year. For more information, contact your General Manager or call the Corporate Office.

## VI. MOTOR VEHICLE RECORDS

I understand that Massey Services, Inc. will, after my initial employment, periodically request a Motor Vehicle Records (MVR) check to ensure continued eligibility to drive a Company vehicle.

I agree that my continued employment is contingent upon complying in full with all of the policies listed in this Vehicle Responsibility Agreement, as well as all other vehicle and driving policies.

Electronically Signed By
Jacquelyn Turnage                                                               5/19/2023

Team Member's Signature                                                         Date