# COMPOSITE EXHIBIT D

| | |
|---|---|
| **From:** | Jacquelyn Turnage <jturnage@masseyservices.com> |
| **Sent:** | Tuesday, May 7, 2024 10:20 AM |
| **To:** | Jack Attacks |
| **Subject:** | print |
| **Attachments:** | Norwoods Deluxe contract pricing.PNG |



Jacquelyn Turnage
Commercial Account Manager | Massey Services, Inc.
P 386.248.3207| C 386.569.1780

Referrals are the highest compliment you can give.



Daytona Commercial Service Center #16
1801 S. Nova Road, Suite 110 | South Daytona, FL 32119
1-888-2MASSEY | MasseyServices.com
Like us on Facebook | Follow us on Twitter

| **From:** | Jacquelyn Turnage <jturnage@masseyservices.com> |
| **Sent:** | Tuesday, May 7, 2024 8:16 AM |
| **To:** | Jack Attacks |
| **Attachments:** | Start Sheet.pdf |



Jacquelyn Turnage
Commercial Account Manager | Massey Services, Inc.
P 386.248.3207| C 386.569.1780

Referrals are the highest compliment you can give.

**MASSEY**
SERVICES INC.
Daytona Commercial Service Center #16
1801 S. Nova Road, Suite 110 | South Daytona, FL 32119
1-888-2MASSEY | MasseyServices.com
Like us on Facebook | Follow us on Twitter

| **From:** | Jacquelyn Turnage <jturnage@masseyservices.com> |
| **Sent:** | Tuesday, April 30, 2024 4:11 PM |
| **To:** | Jack Attacks |
| **Attachments:** | Rate Card.xlsx; Master Store Directory.xlsx; The Fragrance Outlet-Perfumania-Scope.docx |



Jacquelyn Turnage
Commercial Account Manager | Massey Services, Inc.
P 386.248.3207| C 386.569.1780

Referrals are the highest compliment you can give.



Daytona Commercial Service Center #16
1801 S. Nova Road, Suite 110 | South Daytona, FL 32119
1-888-2MASSEY | MasseyServices.com
Like us on Facebook | Follow us on Twitter

| | |
|---|---|
| **From:** | Jacquelyn Turnage <jturnage@masseyservices.com> |
| **Sent:** | Wednesday, May 1, 2024 5:08 AM |
| **To:** | Jack Attacks |
| **Subject:** | Fwd: Vendor Package |
| **Attachments:** | Full New Vendor Packet - 2023.pdf |

Get Outlook for iOS

**From:** Debbie Holland <debbie.holland@masseyservices.com>
**Sent:** Friday, April 19, 2024 5:17:40 PM
**To:** Jacquelyn Turnage <jturnage@masseyservices.com>
**Subject:** Vendor Package

Jacquelyn,

Here you go lovely..

This is in G:drive, Shared, Vendor

 **Debbie Holland**

Commercial Account Manager – SC # 45 Massey Services, Inc
Fort Myers Commercial Division
10105 Amberwood Rd. Suite # 2
Fort Myers, FL 33913
**C: 941.457.7427** | P: 239.332.1332



rndy.me/debbiehollandmasseyservices **CONNECT WITH MY CALENDAR**

Connect with me on LinkedIn  |  MasseyServices.com  |  Like us on Facebook  |  Follow us on Twitter

*Referrals* are the highest compliment you can give.



| **From:** | Jacquelyn Turnage <jturnage@masseyservices.com> |
| **Sent:** | Thursday, May 2, 2024 6:29 PM |
| **To:** | Jack Attacks |
| **Subject:** | Fwd: Debbie Holland shared the folder "Pest Training" with you |

Get Outlook for iOS

**From:** Debbie Holland <debbie.holland@masseyservices.com>
**Sent:** Thursday, May 2, 2024 5:51:28 PM
**To:** Jacquelyn Turnage <jturnage@masseyservices.com>; Jennifer Ngo <jennifer.ngo@masseyservices.com>; Wendy Sims <wendy.sims@masseyservices.com>
**Subject:** Debbie Holland shared the folder "Pest Training" with you



# Debbie Holland invited you to view a folder

This is a link to all of the pest knowledge we will need, pdf of pests so we could hand out to customers

Pest Training

🔒 This invite will only work for you and people with existing access.

Open Share

**■ Microsoft**

Privacy Statement