# EXHIBIT E



# STANDARD OF CONDUCT

Massey has an excellent reputation, having invested many years in gaining the public's confidence and trust. It is Massey's policy that servicing the customer is the **most** important part of our job.

Our services are to be sold and performed by trained personnel who are licensed or certified as required by law or regulation. The public deserves an honest representation of the services required and those which will be performed.

Massey has several policies that all personnel must understand and abide by. When these policies are carefully followed, our reputation and integrity will be enhanced, and as a result, our sales will increase. Every Massey Team Member is expected to believe, comply with, teach, and enforce the Company policies that follow:

1. Do not tell the customer or prospect anything that is untrue and/or misleading. If you do not know an answer, tell the customer so, but that you will be sure to find out. Research and obtain the correct answer and advise the customer accordingly.
2. Never claim or infer that a condition exists if you cannot show the customer that it does exist.
3. Do not pressure the prospect into signing any unwanted contract. If the customer changes his mind after signing the contract, cancel it, being sure to do so with the correct attitude.
4. Do not exaggerate the danger of any job or situation.
5. Sell only the approved and current rate card price. Never overcharge a customer.
6. Give every customer an authorized written proposal on every job you quote.
7. After every job is completed, check with the customer to see that the work has been done to their satisfaction.
8. The use of "scare tactics" or misrepresentations of any kind is grounds for immediate discharge, and personnel records will be noted "not eligible for rehire."
9. A complaint lodged against a Team Member alleging misrepresentation of any kind will be thoroughly investigated and, upon reasonable proof, will result in discharge.
10. Show interest, concern, courtesy and respect for each and every customer.
11. A customer's problem is always URGENT. His complaint must be satisfied conclusively, promptly and with utmost concern.
12. A customer's problem is not solved until the customer is satisfied.
13. Determining whether service is satisfactory or not is the customer's decision, not ours.
14. A complaint is not an intrusion in our daily routine.....it is a golden opportunity to demonstrate our value and genuine concern.
15. The problems that affect our customers may affect their friends and neighbors. We have a responsibility to offer service to all who need it.
16. Always project a Quality Image in your dress, conduct and driving habits. **'Remember...You are the Company!'**

## POLICY STATEMENTS

The policy statements described below are not intended to reflect upon the ethical and moral standards of any Team Member. Corporate Management has confidence in the loyalty and

integrity of all Team Members. Additionally, it is not Corporate Management's desire to discourage or limit the freedom of Team Members to engage in and maintain activities and interests which do not interfere with the performance of their duties and which are not detrimental to the stature, security and/or reputation of the Company. However, we believe it is necessary to make certain policy statements regarding prohibited acts, which, when violated, will result in serious discipline, up to and including immediate discharge.

These policies must be complied with by all Officers and Team Members of Massey Services, Inc.:

1. No team member will, directly or indirectly, offer assistance to, or assist any person, firm or corporation, outside of Massey Services, engaged in the termite, pest control and/or lawn care business during the term of his/her employment.

2. The Company expects a full-time effort toward the development and improvement of its business. Therefore, no Team Member will perform services, directly or indirectly, for any person, firm or corporation without prior approval from Corporate Management, during the term of their employment.

3. No Team Member shall maintain, conduct, or otherwise participate or engage in any other interest, relationship, activity, or arrangement which, in the opinion of the Company, may be detrimental to the stature, security and/or reputation of the Company without prior approval of Corporate Management. This policy also applies to the following:

    - Family members, directly or indirectly.
    - Any trust or estate controlled by a Team Member of the Company in which either the Officer, Team Member or family members have a substantial interest.
    - Any partnership, corporation, or other firm of which the Officer or Team Member is a Partner, Director or Officer, or which either the Officer, Team Member or family members have a substantial direct or indirect interest.

4. No Team Member will divulge to others outside the Company and/or misuse any confidential information about Company business, its trade secrets, customer lists, and/or any information/material that would be detrimental to the Company. Upon termination of employment, the Team Member will immediately return to the Company any and all Company properties, including vehicles, tools, uniforms, books, records, customer lists and other documentary information obtained by the Team Member as a result of his employment with the Company.

5. No Team Member will either directly or indirectly, solicit work from or accept work from any customer of the Company for himself or for others during employment with the Company.
6. No Team Member shall receive or present any compensation, gifts, entertainment, discounts, services, loans, or anything of value from or to suppliers, customers, or other persons with whom the Company does business, or any competitor of the Company. The receipt or presentation of minor gifts, entertainment, or things of value is not condemned, unless not desirable and then should be resisted.

7. No Team Member shall retain any stock or other financial interest in any suppliers, customers or other persons with whom the Company does business or any competitor of the Company, where a conflict of interest may exist. This will usually not apply to an investment in securities of a publicly-held corporation listed on a National Securities Exchange, unless the investor's judgment in transactions involving the Company might be

affected by reason of the size of the investment, the amount of business done with the Company or other factors.

8. No Team Member shall act as a director, officer, consultant, agent, Team Member, or in some other capacity for any suppliers, customers, or other persons with whom the Company does business, or any competitor of the Company, unless specific approval is granted by the President.

9. No Team Member shall maintain an interest in any transaction involving the Company where the effect of the interest is, or may be, to affect the objective and impartial representation of the Company.

10. No Team Member shall appropriate to his or her personal benefit any business opportunity in which the Company might reasonably be expected to be interested without first making available the opportunity to the Company. Any individual who fails to disclose to the Company this type of knowledge, and utilizes the opportunity, may be legally accountable to the Company for any profits that might be realized.

11. No Team Member shall, for any reason, make false, deceptive or artificial entries in the books or records of the Company.

12. No Team Member of the Company shall utilize Company funds or assets for any unethical, unlawful or improper purpose. All payments shall be for legitimate services lawfully rendered or for goods, benefits, or rights lawfully acquired.

    - No undisclosed or unrecorded fund or asset of the Company shall be established for any purpose.
    - No payment on behalf of the Company shall be approved or made with the understanding that any part of such payment is to be used for any purpose other than that described by the documents supporting the payment.

**The following policy violations may be grounds for immediate dismissal:**

1. Embezzlement or theft of property or funds of the Company, other Team Members or customers.

2. Violating the Company's policies on alcohol or drug use:

    - Possession or use of alcoholic beverages or illegal drugs on Company business.
    - Reporting to work in an intoxicated condition or under the influence of illegal drugs.
    - Operating a Company vehicle or personal vehicle while under the influence of alcohol or drugs.
    - Possession of or use of illegal drugs during off hours.
    - Violation of Rules and regulations outlined in the Policy & Procedure on Massey Services' "Drug-Free Workplace" established in accordance with applicable state workers' compensation or other regulations.

3. Violation of Company policy while using a Company Vehicle as outlined in the Vehicle Responsibility Agreement (see Policy #305).

**THESE VIOLATIONS INCLUDE, BUT ARE NOT LIMITED TO:**

- **MORE THAN TWO MOVING VIOLATIONS AND/OR ACCIDENTS IN ANY 12-MONTH PERIOD MAY BE GROUNDS FOR IMMEDIATE DISMISSAL.**
- **A DRIVER'S LICENSE SUSPENSION OR REVOCATION MAY BE GROUNDS FOR IMMEDIATE DISMISSAL.**

4. Possession of firearms, fireworks or explosives while in or on Company property or Company business.

5. Violating a safety rule or safety practices or intentionally mixing materials incorrectly (failing to follow the label).

6. Willfully misrepresenting or falsifying information about or to the customer.

7. Soliciting or collecting contributions for any purpose on Company time without permission of management.

8. Other personal misconduct violations:

- Dishonesty
- Misrepresentation or falsification of information on Employment Application
- Falsifying information on personal work reports or Company reports
- Immoral or disorderly conduct or indecency while on Company property or Company business
- Discourtesy to customers
- Deliberate destruction or damage of Company products, machines, equipment or vehicles
- Deliberate effort to hamper the performance of another Team Member
- Insubordination and misconduct
- Disclosure of confidential policies

**My signature below will acknowledge and certify my understanding of the aforementioned policies and my willingness to comply with these policies to the fullest extent.**

**Massey Representative Name:** Electronically Signed By Daniel John DeNicola

**Massey Representative Signature:** Electronically Signed By Daniel John DeNicola

**Team Member's Name:** Jacquelyn Turnage

**Team Member's Signature:** Electronically Signed By Jacquelyn Turnage