**ORDERED.**

Dated: December 03, 2024

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| James Baker and Jaquelyn Baker, | Case No. 6:24-bk-04226-GER |
| Debtors. | Chapter 7 |
| | |
| Massey Services, Inc., | |
| Plaintiff, | Adv. No. 6:24-ap-00127-GER |
| v. | |
| Jaquelyn Baker, | |
| Defendant. | |

## ORDER SETTING HEARING

THIS PROCEEDING came before the Court for entry of an appropriate order. On October 31, 2024, Massey Services, Inc. ("Massey") filed *Defendant's Notice of Removal of Federal Action to this Court* (Main Case, No. 6:24-bk-04226-GER, Doc. No. 20), attempting to remove a case pending in the Middle District of Florida, Orlando Division,[1] to this Court.[2] Massey subsequently

---

[1] *Baker v. Massey Servs., Inc.*, No. 6:24-01735-WWB-DCI (M.D. Fla. filed Sept. 24, 2024).
[2] Jaquelyn Baker filed *Jaquelyn Baker's Statement of Non-Consent to Entry of Final Orders or Judgment by Bankruptcy Court* (Main Case, No. 6:24-bk-04226-GER, Doc. No. 25).

initiated an adversary proceeding, Adv. No. 6:24-ap-00129-GER (the "Removed Adversary"), by re-filing *Defendant's Notice of Removal of Federal Action to this Court* (the "Notice of Removal") (Adv. No. 6:24-ap-00129-GER, Doc. No. 1). Additionally, on November 22, 2024, Massey initiated this adversary proceeding. On November 18, 2024, Debtors filed the *Notice of Joint Debtors* (Main Case, No. 6:24-bk-04226-GER, Doc. No. 30) in Debtors' main bankruptcy case expressing concerns regarding their counsel, and on November 26, 2024, the Court entered an order suspending Debtors' attorney from practicing in this Court.[3] The Court, having considered the record, finds it appropriate to set a status conference in the main bankruptcy case and the adversary proceedings. Accordingly, it is

**ORDERED**:

1. A status conference is scheduled in the main bankruptcy case, as well as in the Removed Adversary and this adversary proceeding, for **January 16, 2025 at 9:30 a.m.** at the George C. Young Federal Courthouse, 400 West Washington Street, Sixth Floor, Courtroom D, Orlando, Florida 32801.

2. Debtors James Baker and Jaquelyn Baker, counsel for Massey, and counsel for Jaquelyn Baker in the Removed Adversary,[4] shall appear at the January 16, 2025 hearing in person.

# # #

The Clerk's Office is directed to serve a copy of this Order on all interested parties.

---

[3] *See Order Suspending Attorney Charles W. Price from Practicing Before the United States Bankruptcy Court for the Middle District of Florida and Terminating CM/ECF Filing Privileges*, *In re Khan*, No. 6:24-bk-01903-GER (Bankr. M.D. Fla. Nov. 26, 2024), Doc. No. 31.

[4] Counsel for Jaquelyn Baker in the Removed Adversary is Ashwin Trehan.