

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/03/2025 10:00 AM

COURTROOM   6D, 6th Floor

## HONORABLE GRACE ROBSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-04226-GER** | **Chapter 7** | **11/22/2024** |

**ADVERSARY:   6:24-ap-00127-GER**          **Pltf Atty:**  Michael S Provenzale

**Dft Atty:**

**DEBTOR:**          James Baker and Jaquelyn Baker

**HEARING:**

Massey Services, Inc. v. Baker

Preliminary Hearing:
Plaintiff's Motion to Compel Production of Documents in Response to Plaintiff's First Request for Production of Documents to Defendant (Doc #14)
Note: 3/13/25
Future Hearing:   July 17, 2025 @ 10:15 am (PTC)
Nature[s] of Suit:
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny
68 Dischargeability - 523(a)(6), willful and malicious injury

**APPEARANCES::**   Griffin Giroux (Plf Atty); Jaquelyn Baker (Defendant);

**RULING:**
Preliminary Hearing:

Plaintiff's Motion to Compel Production of Documents in Response to Plaintiff's First Request for Production of Documents to Defendant   (Doc #14) - cont. to May 21, 2025 at 2:00 pm (AOCNFNG);
(gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.